IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARQUITA CAMPBELL,

    *Plaintiff,*

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    *Defendant.*

CIVIL ACTION
NO. 17-4851

## ORDER

**AND NOW**, this 17th day of May, 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Elizabeth Hey, (ECF No. 14), and it appearing that neither plaintiff nor the Commissioner have objected to the report,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED**, and the decision of the Commissioner of Social Security is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Hey's Report and Recommendation.

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

---

[1] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record and the Court accordingly accepts Judge Hey's Recommendation.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.